IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01758-AP

THEODORE F. BELCHER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Rachel A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   **A.      Date Complaint Was Filed:  July 3, 2013**

   **B.      Date Complaint  Was Served on U.S. Attorney's Office: August 2, 2013**

   **C.      Date Answer and Administrative Record Were Filed: September 27, 2013**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

   **A.      Plaintiff's Opening Brief Due:  November 26, 2013**

   **B.      Defendant's Response Brief Due:  December 26, 2013**

   **C.      Plaintiff's Reply Brief (If Any) Due: January 10, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.      Defendant's Statement: Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.    (   )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 17th day of October, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

...

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Rachel A. Lundy<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-473-1515<br>719-543-8403 (facsimile)<br>seckarlaw@mindspring.com<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-2149<br>303-844-0770 (facsimile)<br>Allan.berger@ssa.gov<br>Attorneys for Defendant |